480

649 A.2d 433

COMMONWEALTH of Pennsylvania

v.

Edmund J. JURGELWICZ, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 17, 1994.

Decided Nov. 4, 1994.

Jeffrey M. Kolansky, Philadelphia, for E. Jurgelwicz.

Catherine Marshall, Ronald Eisenberg, Alan Sacks, Philadelphia, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation.